# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT WILSON, | Case No. 5:19-cv-01285-FMO (AFMx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This case was originally filed in the United States District Court for the Middle District of Pennsylvania. On July 12, 2019, the case was transferred to the Central District of California. Plaintiff filed the Complaint without an accompanying request to proceed *in forma pauperis* or payment of the filing fee. On July 15, 2019, the Court advised Plaintiff that the failure to correct this deficiency by July 31, 2019 would result in dismissal of this action. (ECF No. 10.) A review of the docket in this Court and in the Middle District of Pennsylvania indicates that Plaintiff has failed to pay the filing fee or request to proceed *in forma pauperis*.

///

///

Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed. No further filings shall be accepted under this case number.

DATED: August 14, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE